UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| BENTLEY MOTORS LIMITED CORPORATION, a United Kingdom company, and BENTLEY MOTOR, INC., a Delaware corporation, | ) ) ) ) | Case No: |
| | ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| MATTHEW MCENTEGART, an individual, FUGAZZI CARS, INC., a Florida corporation, ROBERT FRARAY III, an individual, and KEEPING IT REAL AUTO CUSTOMIZING, INC., a Florida corporation, | ) ) ) ) ) ) ) ) | |
| Defendants. | | |

## VERIFIED COMPLAINT

For their Verified Complaint against defendants Matthew McEntegart, Fugazzi Cars, Inc., Robert Frary III, and Keeping It Real Auto Customizing, Inc. (collectively "Defendants"), plaintiffs Bentley Motors Limited Corporation and Bentley Motors, Inc. (collectively "Bentley") hereby allege as follows:

## NATURE AND SUBSTANCE OF THE ACTION

1.      This is a complaint for counterfeiting, infringement, and dilution of Bentley's trademark and trade dress rights in the inherently distinctive shape of Bentley's world-famous Bentley vehicles, including the Continental GTC vehicle, and in the world famous trademarks BENTLEY® (e.g., **BENTLEY®)**, the BENTLEY B™ , and the B IN WINGS®

, for infringement of Bentley's United States Design Patent D570,738S in the ornamental design of the Bentley vehicles, and for related claims based on Defendants' promotion, advertisement, and sale of "Bentley" car body kits and misappropriation of the world famous trademarks and trade dress of Bentley vehicles.  Defendants unlawfully manufacture Bentley body kits that transform ordinary and inexpensive Chrysler and Ford vehicles into knockoff Bentley vehicles.  Bentley is being irreparably harmed because when the public views these shoddy, imitation Bentley vehicles, the public will mistakenly believe that the unsurpassed quality and reputation of genuine Bentley vehicles has deteriorated.

2.      Defendants' violations of Bentley's rights include a process of taking a 2001 through 2006 Chrysler Sebring convertible chassis and transforming it into knockoff Bentley vehicles, including knockoffs of the Bentley Continental GTC, which incorporates the inherently distinctive and non-functional overall appearance and shape (or "trade dress") of the Bentley GTC automobile.  Defendants also place counterfeits of the BENTLEY B™, and the B IN WINGS® trademarks on their imitation Bentley vehicles.

3.      Defendants advertise these knockoff vehicles via their commercial websites which are, and/or were, found online at http://www.facebook.com/keeping.it.real.customs and http://www.facebook.com/fugazzicars.  On said websites, Defendants have posted several comments and images depicting their imitation "Bentley Body Kits" during several stages of the manufacturing process.

2

4.      Said images and comments have been posted online by Defendants in connection with the advertisement, sale, and/or offering for sale of counterfeit vehicles bearing the Bentley trademarks.

5.      Said images and comments constitute strong evidence of Defendants' intent to capitalize on and profit from the substantial goodwill, prestige and fame of the BENTLEY® brand and the highly reputable vehicles sold thereunder.

6.      Several images of the imitation Bentley vehicles are depicted below:



**COLE, SCOTT & KISSANE, P.A.**
DADELAND CENTRE II - 9150 SOUTH DADELAND BOULEVARD - SUITE 1400 - P.O. BOX 569015 - MIAMI, FLORIDA 33256 - (305) 350-5300 - (305) 373-2294 FAX



**COLE, SCOTT & KISSANE, P.A.**

DADELAND CENTRE II - 9150 SOUTH DADELAND BOULEVARD - SUITE 1400 - P.O. BOX 569015 - MIAMI, FLORIDA 33256 - (305) 350-5300 - (305) 373-2294 FAX



**COLE, SCOTT & KISSANE, P.A.**

DADELAND CENTRE II · 9150 SOUTH DADELAND BOULEVARD · SUITE 1400 · P.O. BOX 569015 · MIAMI, FLORIDA 33256 · (305) 350-5300 · (305) 373-2294 FAX



**COLE, SCOTT & KISSANE, P.A.**
DADELAND CENTRE II · 9150 SOUTH DADELAND BOULEVARD · SUITE 1400 · P.O. BOX 569015 · MIAMI, FLORIDA 33256 · (305) 350-5300 · (305) 373-2294 FAX



7.    Defendants have intentionally misappropriated the overall appearance and shape of the Bentley GTC automobile, as well as the BENTLEY® (e.g., **BENTLEY®)**, the BENTLEY

B™ ⬭, and the B IN WINGS® ▱ trademarks, including without limitation, counterfeits, copies and colorable imitations thereof, by incorporating them into "Bentley Car Kits" that Defendants continue to manufacture, advertise, and sell despite Bentley's cease and desist demands.   Images taken from Defendants' commercial website at http://www.facebook.com/keeping.it.real.customs depicting several of the "Bentley Kit Cars" whereon counterfeits of the Bentley trademarks are prominently displayed are shown below:

**COLE, SCOTT & KISSANE, P.A.**
DADELAND CENTRE II · 9150 SOUTH DADELAND BOULEVARD · SUITE 1400 · P.O. BOX 569015 · MIAMI, FLORIDA 33256 · (305) 350-5300 · (305) 373-2294 FAX



True and correct copies of "screen shots," taken from the Defendants' facebook.com pages, depicting the scope and extent of Defendants' infringement are attached hereto as Exhibit A and incorporated herein by reference.

       8.    Defendants act together to manufacture the "Bentley Car Kits" and install them on the chassis of 2001-2006 Chrysler Sebring convertible automobiles, that act as donor cars for the "Bentley Car Kit."   Defendants' final vehicle incorporates the Bentley trade dress and

8

**COLE, SCOTT & KISSANE, P.A.**
DADELAND CENTRE II - 9150 SOUTH DADELAND BOULEVARD - SUITE 1400 - P.O. BOX 569015 - MIAMI, FLORIDA 33256 - (305) 350-5300 - (305) 373-2294 FAX

counterfeits of the Bentley trademarks thereon in various ways, such as, for example, on the hood, on the trunk lid, on the wheel covers, and embroidered into the interior seating and steering wheel cover, making these "Bentley Car Kits" counterfeit, knockoff, or imitation "Bentley vehicles."

9.      Based upon various Internet websites, Defendants are in the process of developing a "Hard Top Bentley Car Kit" that uses the chassis of the Ford Mustang automobile, model years 2005 and up, as the donor cars therefor.   An image depicting the project in development is displayed below:



10.      Defendants have produced at least 30 fully built knockoff or imitation Bentley vehicles.

11.      Defendants also produce and sell the "Bentley Car Kit" and ship the kit to consumers who can convert their inexpensive vehicles into expensive imitation Bentley vehicles.

COLE, SCOTT & KISSANE, P.A.
DADELAND CENTRE II - 9150 SOUTH DADELAND BOULEVARD - SUITE 1400 - P.O. BOX 569015 - MIAMI, FLORIDA 33256 - (305) 350-5300 - (305) 373-2294 FAX

12.     Defendants have also sold the knockoff "Bentley Car Kits" to certain unidentified authorized resellers who perform the installation for Defendants at the location of the authorized reseller.

13.     In this lawsuit, Bentley alleges claims for federal trademark and trade dress dilution, federal trademark infringement and counterfeiting, false designation of origin or sponsorship, false advertising, and trade dress infringement under Sections 43(c), 32(1), and 43(a) of the United States Trademark Act of 1946, as amended (the "Lanham Act"), 15 U.S.C. §§ 1125(c), 1114(1) and 1125(a), and patent infringement under 35 U.S.C. § 271.  Bentley seeks a preliminary and permanent injunction preventing Defendants from copying Bentley's distinctive trade dress and from using any trademarks that are counterfeits of or are confusingly similar to the BENTLEY®, B IN WINGS®, and BENTLEY B™ trademarks, from infringing Bentley's United States Design Patent D570,738S, and an order permitting seizure of Defendants' counterfeit and infringing kits, cars, advertisements, emblems, badges, and other products and the means for producing them, along with an award of damages, treble damages, and Bentley's attorneys fees and costs.

## PARTIES

14.     Plaintiff Bentley Motors Limited is a corporation organized and existing under the laws of the United Kingdom with its principal place of business in Crewe, England.

15.     Plaintiff Bentley Motors, Inc. is a corporation organized and existing under the law of the state of Delaware, with its principal place of business in Boston, Massachusetts.

16.     Defendant Fugazzi Cars, Inc. is a Florida corporation, doing business at 4815 3rd Ave. N, St. Petersburg, Florida.

**COLE, SCOTT & KISSANE, P.A.**
DADELAND CENTRE II - 9150 SOUTH DADELAND BOULEVARD - SUITE 1400 - P.O. BOX 569015 - MIAMI, FLORIDA 33256 - (305) 350-5300 - (305) 373-2294 FAX

17.     Defendant Matthew McEntegart is an individual.   Upon information and belief, Defendant Matthew McEntegart is a principle of Fugazzi Cars, Inc., and is a moving, conscious, and active force behind the infringing acts at issue, and actively participates in and approves the acts and he resides in or near St. Petersburg, Florida.

18.     Defendant Keeping it Real Auto Customizing, Inc. is a Florida corporation, doing business at 1974 Sherwood St., Ste C, Clearwater, Florida.

19.     Defendant Robert Frary III, is an individual.   Upon information and belief, Defendant Robert Frary III Inc. is also moving, conscious, and active force behind the infringing acts at issue, and actively participates in and approves the acts.   Upon information and belief, Defendant Robert Frary III resides in or near Palm Harbor, Florida.

<u>JURISDICTION AND VENUE</u>

20.     This Court has subject matter jurisdiction of this action pursuant to Section 39 of the Lanham Act, 15 U.S.C. § 1121, 28 U.S.C. § 1331, and 28 U.S.C. § 1338(a).

21.     Venue is proper under 28 U.S.C. § 1391 in that Defendants reside and/or conduct business in this district, in that Defendants may be found in this district and in that a substantial part of the events giving rise to the claim occurred in this district.

<u>GENERAL ALLEGATIONS</u>

*Bentley's Trademarks and Design Patent*

22.     Plaintiff Bentley Motors Limited is the owner of the trademarks BENTLEY®

(e.g.,     **BENTLEY®)**,    the    BENTLEY    B™ ,    and    the    B    IN    WINGS®

.    Bentley also has trademark and trade dress rights in the inherently

distinctive trade dress of Bentley automobiles, including the Bentley Continental GTC. The trade dress or design features of the Bentley automobiles are non-functional, *i.e.*, the design features are ornamental and not necessary for the operation of the vehicle and there are numerous, alternative designs available on the market as is evidenced by the fact that the appearance of Bentley vehicles is aesthetically different from all vehicles on the market. The foregoing trademarks and trade dress are collectively referred to herein as the "Bentley Marks."

23.    The United States Patent and Trademark Office has issued certificates of registration to Bentley for the trademarks at issue at various times. These registrations are valid, unrevoked, subsisting, and incontestable, and constitute prima facie evidence of Bentley's exclusive ownership of the Bentley Marks, and constitute prima facie evidence of the secondary meaning of the Bentley Marks. True and correct copies of some of the certificates of registration for the Bentley Marks, as issued by the United States Patent and Trademark Office are attached hereto as Exhibit B and incorporated herein by reference.

24.    Bentley has also obtained a United States Design Patent for the ornamental design of Bentley vehicles, U.S. Patent No. D570,738S, (the `738 Patent"). A true and correct copy of the `738 Patent is attached hereto as Exhibit C.

25.    Plaintiff Bentley Motors, Inc. is charged by plaintiff Bentley Motors Limited with the protection of the Bentley Marks and the `738 Patent in the United States and has the express authority of Bentley Motors Limited to institute and prosecute lawsuits for the protection of the Bentley Marks and patents. Bentley Motors Limited has the sole authority to enter into agreements with authorized Bentley dealers in the United States and to sell Bentley products to such dealers.

**COLE, SCOTT & KISSANE, P.A.**
DADELAND CENTRE II - 9150 SOUTH DADELAND BOULEVARD - SUITE 1400 - P.O. BOX 569015 - MIAMI, FLORIDA 33256 - (305) 350-5300 - (305) 373-2294 FAX

26.     For many years, and at least since 1919, Bentley has used the Bentley Marks in connection with the sale, distribution, maintenance, service, and repair of its world-famous and distinctive Bentley automobiles and related products and services.

27.     Bentley Motors, Inc. maintains a network of licensed dealers and service and repair facilities throughout the United States.   Bentley Motors, Inc. establishes and maintains the highest quality and standards for the products and services that are licensed for use in connection with the Bentley Marks.

28.     Bentley has spent millions of dollars and has expended significant effort in advertising, promoting, and developing the Bentley Marks throughout the world.  As a result of such advertising and expenditures, Bentley has established considerable goodwill in the Bentley Marks.  The Bentley Marks have become widely known and famous throughout the world as symbols of high quality automotive goods and services, and have acquired secondary meaning and fame.

*Defendants' Violations of Bentley's Trademark and Patent Rights*

29.     As set forth above, Defendants are violating Bentley's trademark and patent rights by, among other things, using the Bentley Marks and trade dress, including the ornamental design, or confusingly similar versions thereof, on and in connection with Defendants' knockoff "Bentley" kit car vehicles and products.

30.     Defendants' use of the Bentley Marks and colorable imitations thereof constitutes a misappropriation of the Bentley Marks and associated good will, and is likely to cause confusion and embarrassment to Bentley.  In addition, Defendants' wrongful use of the Bentley Marks dilutes, tarnishes, and whittles away the distinctiveness of the Bentley Marks.

**COLE, SCOTT & KISSANE, P.A.**
DADELAND CENTRE II - 9150 SOUTH DADELAND BOULEVARD - SUITE 1400 - P.O. BOX 569015 - MIAMI, FLORIDA 33256 - (305) 350-5300 - (305) 373-2294 FAX

Defendants' conduct is intentionally fraudulent, malicious, willful, and wanton.  Accordingly, this is an exceptional case within the meaning of 15 U.S.C. § 1117(a).  Upon information and belief, the Defendants have actually confused consumers regarding the source of the products of the parties.

*Evidence of Actual Confusion in the Marketplace*

31.    Bentley has discovered evidence of actual confusion in the marketplace.  For example, one of Defendants' Facebook.com friends by the name "Ted Parkes" referenced an authentic or genuine Bentley Continental GTC on Defendants' facebook.com page on February 17, 2012, at 9:12 a.m., and stated "… thought this one was you guys …."  A true and correct copy of "Ted Parkes" February 17, 2012, Facebook.com post is attached hereto as Exhibit D and incorporated herein by reference.

32.    Additionally, several online articles have been written and published by well-established producers of online automobile enthusiast media, noting their own confusion regarding the source of Defendants' knockoff "Bentley" kit.  For example, Auto123.com posted an online article stating, "The Continental GTC is actually a Chrysler Sebring Convertible that underwent a makeover so thorough and realistic that it's nearly impossible to tell the difference. We sure were fooled when we spotted the car earlier this month at the 2011 SEMA Show in Las Vegas."  *Buy   a   Bentley   GTC   for   $10,000!*  (visited   July   13,   2012) <http://www.auto123.com/en/news/buy-a-bentley-continental-gtc-for-10000?artid=137814>    A true and correct copy of this article is attached hereto as Exhibit E and incorporated herein by reference.

**COLE, SCOTT & KISSANE, P.A.**
DADELAND CENTRE II - 9150 SOUTH DADELAND BOULEVARD - SUITE 1400 - P.O. BOX 569015 - MIAMI, FLORIDA 33256 - (305) 350-5300 - (305) 373-2294 FAX

33.     Likewise, carmabrand.com, published an article in which the author states, in reference to Defendants' knockoff "Bentley" kit cars, "[s]omeone would literally have to tell you it was a phony, even the interior seemed to be spot-on. We'd really like to see a Fugazzi conversion next to the real thing though."  Evan, *Chrysler Sebring Bentley Conversion,* (visited July 13, 2012) < http://carmabrand.com/2011/11/11/chrysler-sebring-bentley-conversion-forsalefriday-special/>.  A true and correct copy of this article is attached hereto as Exhibit F and incorporated herein by reference.

*Irreparable Harm Suffered by Bentley*

34.     Defendants' unauthorized use of the Bentley Marks and the `738 Patent in conjunction with the advertisement, promotion, and sale of Defendants' knockoff Bentley vehicles and Bentley body kits constitutes a misappropriation of the Bentley Marks and associated goodwill, constitutes infringement of the `738 Patent, and is likely to the public at large to believe that Defendants' knockoff Bentley vehicles are genuine Bentley vehicles.   In addition, Defendants' wrongful use of the Bentley Marks, or confusingly similar versions thereof, dilutes, tarnishes, and whittles away the distinctiveness of the Bentley Marks.

35.     Bentley is being irreparably harmed by Defendants' conduct because Defendants' wrongful conduct lessens the capacity of the Bentley Marks to designate Bentley and the goods and services provided by Bentley and its authorized dealers.  Bentley is further being harmed because Bentley is not able to exercise any control over the quality of goods and services provided by Defendants to the public.  For example, if Defendants' knockoff Bentley vehicles appear shoddy, Bentley is irreparably harmed because the public will no longer associate the Bentley Marks with the high-quality vehicles and goodwill associated with the Bentley Marks,

**COLE, SCOTT & KISSANE, P.A.**
DADELAND CENTRE II - 9150 SOUTH DADELAND BOULEVARD - SUITE 1400 - P.O. BOX 569015 - MIAMI, FLORIDA 33256 - (305) 350-5300 - (305) 373-2294 FAX

the public will mistakenly believe that the unsurpassed quality and reputation of genuine Bentley vehicles has deteriorated. In short, because Bentley is not able to control the quality of the knockoff vehicles sold under the Bentley Marks by Defendants, Bentley will be irreparably harmed because Bentley's reputation for high-quality vehicles and service will be damaged.

*Bentley's Cease and Desist Efforts*

36.     Bentley became aware of Defendants' advertisement and sale of a single knockoff Bentley vehicle on eBay in June 2012 and sent defendants Fugazzi Cars and McEntegart a Cease and Desist immediately thereafter on June 12, 2012. A true and correct copy of this Cease and Desist letter is attached hereto as Exhibit G.

37.     Bentley's subsequent investigation has uncovered evidence that Defendants have sold at least thirty (30) knockoff Bentleys, and has further uncovered a July 4, 2012 Facebook post that Defendants intend to "lay low" until Bentley goes away. A true and correct copy of this Facebook post is attached hereto as Exhibit H.

38.     As a result of Defendants' false representations to Bentley about the number of knockoff Bentleys sold and Defendants' Facebook post to "lay low" until Bentley goes away, Defendants have given Bentley no alternative in protecting Bentley's rights but to initiate this lawsuit and seek a preliminary and permanent injunction.

## FIRST CLAIM FOR RELIEF
### (Trademark Dilution Under 15 U.S.C. § 1125(c))

39.     The Bentley Marks have become famous and distinctive worldwide through Bentley's continuous and exclusive use of them in connection with Bentley products and services.

40.     Because Bentley products and services have gained a reputation for superior quality, durability, and performance, the Bentley Marks have gained substantial renown.

41.     Defendants have willfully and intentionally used, and continue to use, the Bentley Marks, and counterfeits thereof, in connection with the advertisement, promotion, and sale of Defendants' products and services.

42.     Defendants' misappropriation of the Bentley Marks and trade dress, and counterfeits thereof, has caused and continues to cause irreparable injury to and dilution of the Bentley Marks' distinctive quality in violation of Bentley's rights under 15 U.S.C. § 1125(c). Defendants' wrongful use of the Bentley Marks dilutes, blurs, tarnishes, and whittles away the distinctiveness of the Bentley Marks.

43.     Defendants have used and continues to use the Bentley Marks or counterfeits thereof willfully and with the intent to dilute the Bentley Marks, and with the intent to trade on the reputation and good will of Bentley and of the Bentley Marks.

44.     As a direct and proximate result of Defendants' conduct, Bentley has suffered irreparable harm to the valuable Bentley Marks.

45.     Unless Defendants are enjoined, the valuable Bentley Marks and trade dress will continue to be irreparably harmed and diluted.  Bentley has no adequate remedy at law that will compensate for the continued and irreparable harm it will suffer if Defendants' actions are allowed to continue.

46.     Defendants have used and continue to use the Bentley Marks, trade dress, or counterfeits thereof, willfully and with the intent to dilute the Bentley Marks, and with the intent

COLE, SCOTT & KISSANE, P.A.
DADELAND CENTRE II - 9150 SOUTH DADELAND BOULEVARD - SUITE 1400 - P.O. BOX 569015 - MIAMI, FLORIDA 33256 - (305) 350-5300 - (305) 373-2294 FAX

to trade on the reputation and good will of Bentley and of the Bentley Marks.  Accordingly, this is an exceptional case within the meaning of 15 U.S.C. § 1117(a).

47.     As a direct and proximate result of Defendants' conduct, Bentley is entitled to damages, statutory damages, and other damages resulting from Defendants' infringing and diluting use of the Bentley Marks and trade dress pursuant to 15 U.S.C. § 1117.

## SECOND CLAIM FOR RELIEF
### (Trademark Infringement and Counterfeiting Under 15 U.S.C. § 1114(1))

48.     Defendants knew of Bentley's trademarks, and Bentley's exclusive rights therein.

49.      Despite Bentley's well-known prior rights in the Bentley Marks, Defendants have used and continue to use, without Bentley's authorization, the Bentley Marks, or counterfeits, copies, reproductions or colorable imitations thereof.  Such use is likely to cause confusion as to Defendants' affiliation with or sponsorship by Bentley.

50.     Defendants' actions constitute willful infringement of Bentley's exclusive rights in the Bentley Marks in violation of 15 U.S.C. § 1114(1).

51.     Defendants' use of the Bentley Marks, counterfeits, copies, reproductions, or colorable imitations thereof has been and continues to be done with the intent to cause confusion, mistake, and to deceive consumers.  Defendants have used counterfeits of the Bentley Marks with its products and services with the knowledge that the marks are counterfeits and with the intent to use counterfeits.  Accordingly, this is an exceptional case within the meaning of 15 U.S.C. § 1117(a).

52.     As a direct and proximate result of Defendants' conduct, Bentley has suffered irreparable harm to the valuable Bentley Marks.  Unless Defendants are restrained from further infringement of the Bentley Marks, Bentley will continue to be irreparably harmed.

**COLE, SCOTT & KISSANE, P.A.**
DADELAND CENTRE II - 9150 SOUTH DADELAND BOULEVARD - SUITE 1400 - P.O. BOX 569015 - MIAMI, FLORIDA 33256 - (305) 350-5300 - (305) 373-2294 FAX

53.     Bentley has no adequate remedy at law that will compensate for the continued and irreparable harm it will suffer if Defendants' acts are allowed to continue.

54.     As a direct and proximate result of Defendants' conduct, Bentley is entitled to damages, statutory damages, and other damages resulting from Defendants' infringing and diluting use of the Bentley Marks and trade dress pursuant to 15 U.S.C. § 1117.

### THIRD CLAIM FOR RELIEF
### (False Advertising, False Designation of Origin and Trade Dress Infringement Under 15 U.S.C. § 1125(a))

55.     Defendants have knowingly engaged in false advertising and have knowingly misappropriated the Bentley Marks and trade dress, or counterfeits, reproductions, copies, or colorable imitations thereof.  Defendants have used counterfeits of the Bentley Marks knowing that the marks used are counterfeits and with the intent to use counterfeits of the Bentley Marks. Defendants' actions render this case exceptional within the meaning of 15 U.S.C. § 1117(a).

56.     Defendants' misappropriation of the Bentley Marks and trade dress alleged above constitutes false advertising, and is likely to confuse, mislead or deceive customers, purchasers, and members of the general public.

57.     Defendants' acts constitute false or misleading descriptions, false advertising, and false designations of the origin and/or sponsorship, and constitute trade dress infringement in violation of Section 43(a) of the Lanham Act, as amended, 15 U.S.C. § 1125(a).

58.     By reason of Defendants' actions, Bentley has suffered irreparable harm to the valuable Bentley Marks and trade dress.  Unless Defendants are restrained from their actions, Bentley will continue to be irreparably harmed.

59.     Bentley has no remedy at law that will compensate for the continued and irreparable harm that will be caused if Defendants' acts are allowed to continue.

19

60.     As a direct and proximate result of Defendants' conduct, Bentley is entitled to damages, statutory damages, and other damages resulting from Defendants' infringing and diluting use of the Bentley Marks and trade dress pursuant to 15 U.S.C. § 1117.

## FOURTH CLAIM FOR RELIEF
### (Design Patent Infringement Under 35 U.S.C. § 271)

61.     Defendants have infringed the sole claim of the `738 Patent, by, among other activities, the manufacture, use, importation, sale, and/or offer for sale of knockoff Bentley vehicles using the ornamental design of Bentley vehicles in violation of 35 U.S.C. § 271.

62.     Defendants, through their actions, have contributed to and induced the infringement of the `738 Patent in violation of 35 U.S.C. § 271.

63.     Defendants' infringement has been willful.

64.     Defendants' infringement has damaged, injured, and  continues to injure Bentley, and Bentley is thus entitled to preliminary and permanent injunctive relief, and an award of damages, in an amount to be proven at trial as compensation for the acts alleged herein, as well as Bentley's attorneys fees and costs.

## PRAYER FOR RELIEF

WHEREFORE, Bentley seeks the following relief against Defendants:

1.     Under all claims for relief, that a preliminary and permanent injunction be issued enjoining Defendants, their employees, agents, successors and assigns, and all those in active concert and participation with them, and each of them who receives notice directly or otherwise of such injunctions, from:

(a)     imitating, copying, or making unauthorized use of any of the Bentley Marks or trade dress, or infringing the `738 Patent;

**COLE, SCOTT & KISSANE, P.A.**
DADELAND CENTRE II - 9150 SOUTH DADELAND BOULEVARD - SUITE 1400 - P.O. BOX 569015 - MIAMI, FLORIDA 33256 - (305) 350-5300 - (305) 373-2294 FAX

(b)     importing, manufacturing, producing, distributing, circulating, selling, offering for sale, advertising, promoting or displaying any service or product using any simulation, reproduction, counterfeit, copy, or colorable imitation of any or all of the Bentley Marks or trade dress, including but not limited to, knockoff or imitation vehicles and/or Bentley body kits;

(c)     using any products, labels, tags, signs, prints, packages, videos, and advertisements in their possession or under their control, bearing or using any or all of Plaintiffs' Marks or any confusingly similar variation thereof, or any plates, molds, matrices and other means of making the same, pursuant to 15 U.S.C. § 1118.

(d)     using any simulation, reproduction, counterfeit, copy or colorable imitation of the Bentley Marks or trade dress in connection with the promotion, advertisement, display, sale, offering for sale, manufacture, production, circulation or distribution of any service or product including but not limited to, knockoff or imitation vehicles and/or Bentley body kits;

(e)     using any false designation of origin or false description (including, without limitation, any letters or symbols constituting the Bentley Marks, or performing any act, which can, or is likely to, lead members of the trade or public to believe that any service or product manufactured, distributed or sold by Defendants is in any manner associated or connected with Bentley or the Bentley Marks, or is sold, manufactured, licensed, sponsored, approved or authorized by Bentley);

(f)     transferring, consigning, selling, shipping or otherwise moving any goods, packaging or other materials in Defendants' possession, custody or control bearing a design or mark substantially identical to any or all of the Bentley Marks or trade dress including but not limited to, knockoff or imitation vehicles and/or Bentley body kits;

**COLE, SCOTT & KISSANE, P.A.**
DADELAND CENTRE II - 9150 SOUTH DADELAND BOULEVARD - SUITE 1400 - P.O. BOX 569015 - MIAMI, FLORIDA 33256 - (305) 350-5300 - (305) 373-2294 FAX

(g)     manufacturing, using, importing, selling, and/or offering for sale of any vehicles that infringe and/or are substantially similar to the ornamental design found in the `738 Patent.

(h)     engaging in any other activity constituting unfair competition with Bentley with respect to the Bentley Marks, or constituting an infringement of any or all of the Bentley Marks, or of Bentley's rights in, or to use or exploit, any or all of the Bentley Marks; and

(i)     instructing, assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (a) through (h) above.

2.     For an order directing that Defendants deliver for destruction all vehicles, body kits, products, labels, tags, signs, prints, packages, videos, and advertisements in their possession or under their control, bearing or using any or all of the Bentley Marks or any simulation, reproduction, counterfeit, copy or colorable imitation thereof, and all plates, molds, matrices and other means of making the same, pursuant to 15 U.S.C. § 1118.

3.     For an order directing such other relief as the Court may deem appropriate to prevent the trade and public from deriving the erroneous impression that any service or product manufactured, sold or otherwise circulated or promoted by Defendants is authorized by Bentley or related in any way to Bentley's products or services.

4.     For an order directing that Defendants file with the Court and serve upon Bentley's counsel within thirty (30) days after entry of such judgment, a report in writing under oath, setting forth in detail the manner and form in which Defendants have complied with the above.

**COLE, SCOTT & KISSANE, P.A.**
DADELAND CENTRE II - 9150 SOUTH DADELAND BOULEVARD - SUITE 1400 - P.O. BOX 569015 - MIAMI, FLORIDA 33256 - (305) 350-5300 - (305) 373-2294 FAX

5. For an order permitting Bentley, and/or auditors for Bentley, to audit and inspect the books and records of Defendants for a period of six months after entry of final relief in this matter to determine the scope of Defendants' past use of the Bentley Marks, including all revenues and sales related to Defendants' use of the Bentley Marks, as well as Defendants' compliance with orders of this Court.

6. For an award of Bentley's costs and disbursements incurred in this action, including Bentley's reasonable attorneys fees, costs, expert witness fees, and other costs under 15 U.S.C. § 1117(a) and 35 U.S.C. § 285.

7. For an award of Bentley's damages trebled, including statutory damages in the amount of at least $2,000,000.00, plus Bentley's costs and attorneys fees, pursuant to 15 U.S.C. § 1117, and trebled damages pursuant to 35 U.S.C. § 284.

8. For an award of all of Bentley's damages arising out of Defendants' acts pursuant to 15 U.S.C. § 1117 and 35 U.S.C. § 284.

9. For an order requiring Defendants to file with the Court and provide to Bentley an accounting of all sales and profits realized by Defendants through the use of the Bentley Marks and any counterfeits thereof.

10. For an award of interest, including pre-judgment interest on the foregoing sums.

11. For such other and further relief as the Court may deem just and proper.

DATED this **16**th day of July, 2012.

    COLE, SCOTT & KISSANE, P.A.
    Dadeland Centre II
    9150 So. Dadeland Blvd., Suite 1400
    Miami, FL 33156
    Tel: (786) 268-6813
    Fax: (305) 373-2294

By: /s/ Armando P. Rubio_____
    Armando P. Rubio, Esq.
    Florida Bar No.: 478539

~ and ~

Gregory D. Phillips
Scott R. Ryther
Jason P. Eves
Phillips Ryther & Winchester, LLC
560 E 500 S, Ste 200
Salt Lake City, UT 84102
Tele: (801) 935-4935
Fax: (801) 935-4936

*Attorneys for Plaintiffs Bentley Motors, Inc. and*
*Bentley Motors, Ltd.*

**COLE, SCOTT & KISSANE, P.A.**
DADELAND CENTRE II - 9150 SOUTH DADELAND BOULEVARD - SUITE 1400 - P.O. BOX 569015 - MIAMI, FLORIDA 33256 - (305) 350-5300 - (305) 373-2294 FAX

**VERIFICATION**

Debra Kingsbury, under penalty of perjury of the laws of the United States, states:

> That she is Assistant General Counsel, Sales & Marketing for Volkswagen Group of America, Inc. which includes Bentley Motors, Inc., and that she is responsible for the trademark program of the Bentley brand in the United States and directs Bentley's U. S. trademark enforcement efforts; that she has read, is familiar with, and has personal knowledge of the contents and factual statements of the foregoing Verified Complaint and that the allegations thereof are true and correct to the best of her knowledge. To the extent that matters are not within her personal knowledge, the facts stated therein have been assembled by authorized personnel, including counsel, and she is informed that the facts stated therein are true and correct.

Executed this ___ day of July 2012 in Herndon, Virginia