IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| BENTLEY MOTORS LIMITED CORPORATION, a United Kingdom company, and BENTLEY MOTOR, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>MATTHEW MCENTEGART, an individual, FUGAZZI CARS, INC., a Florida corporation, ROBERT FRARY III, an individual, and KEEPING IT REAL AUTO CUSTOMIZING, INC., a Florida corporation,<br><br>Defendants. | Case No: 8:12-CV-1582-T-33 TBM |

**BENTLEY'S REQUEST TO ENTER DEFAULT AGAINST
DEFENDANTS MATTHEW MCENTEGART AND FUGAZZI CARS, INC.**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Local Rule 1.07(b), Plaintiffs Bentley Motors Limited and Bentley Motors, Inc. (collectively "Bentley") respectfully request that the Clerk enter a certificate of entry of default as to the Defendants Matthew McEntengart and Fugazzi Cars, Inc.

As set forth more fully in the accompanying Declaration of Jason Eves, the parties against whom the entry of default is sought:

    1)    are not an infant or incompetent person;

    2)    are not in the military service;

    3)    were properly served under Rule 4 of the Federal Rules of Civil Procedure and proof of service has been filed with the Court; and

4) have failed to plead or otherwise defend Bentley's Complaint within the time allowed by Federal Rules of Civil Procedure, Rule 12(a)(4)(A).

RESPECTFULLY SUBMITTED on October 26th, 2012.

By: /s/ Gregory D. Phillips

Gregory D. Phillips
PHILLIPS RYTHER & WINCHESTER
560 E. 500 South, Suite 200
Salt Lake City, Utah  84102
(801) 935-4935
Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing REQUEST FOR ENTRY OF DEFAULT was served via email and first class mail on the following on October 26th, 2012:

John F. McGuire, Esq.
McGuire Law Offices, P.A.
1173 NE Cleveland St.
Clearwater, FL 33755
Email: john-mcguire@tampabay.rr.com
*Attorney for Robert Frary, III and Keeping It Real Auto Customizing, Inc.*

John Matthew McEntegart
Fugazzi Cars, Inc.
4815 3rd Ave N
St Petersburg, FL 33713
Email: fugazzicars@yahoo.com
*Pro Se Defendant*

/s/ Jason Eves